FORM B104 (08/07)                                                                  2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> TONY MAURICE DAVIS | **DEFENDANTS** <br> RONALD PERLSTEIN/DANCO INC |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> IN PRO PER | **ATTORNEYS** (If Known) <br> WAYNE M ABB <br> 21601 VANOWEN ST STE 208 <br> CANOGA PARK CA 91303 |
| **PARTY** (Check One Box Only) <br> ☒ Debtor     ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor     ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin <br> ☒ Creditor     ☐ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
QUIET TITLE -- Debtor seeks a determination that she should not have been divested of title to her real property due to Creditor's failure to abide by State law, common law and federal law

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[2] 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
[1] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

*[Stamp: RECEIVED JUL 02 2013 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy Clerk]*

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

FORM B104 (08/07), page 2                                    2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| **NAME OF DEBTOR** <br> TONY MAURICE DAVIS ||| **BANKRUPTCY CASE NO.** <br> 13-27175-RN |
| **DISTRICT IN WHICH CASE IS PENDING** <br> CENTRAL || **DIVISIONAL OFFICE** <br> LOS ANGELES | **NAME OF JUDGE** |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** ||||
| **PLAINTIFF** <br> N/A | **DEFENDANT** || **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** || **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** <br><br> *[signature]* ||||
| **DATE** <br> 7/2/13 ||| **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> TONY MAURICE DAVIS |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

1  TONY MAURICE DAVIS
   2719 W VERNON AVE
2  LOS ANGELES CA 90008

3

4  Debtor-Defendant In Pro Per

**FILED**

**JUL 0 2 2013**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UNITED STATES BANKRUPCTY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Case No. 13-27175- RN |
| | Chapter 7 |
| TONY MAURICE DAVIS | Adv. No. |
| Debtor. | **NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452) AND COMPLAINT FOR QUIET TITLE** |
| TONY MAURICE DAVIS, *et al.*, | |
| Plaintiff, | |
| v. | |
| RONALD PERLSTEIN/DANCO INC, A CALIFORNIA CORP AND ITS SUCCESSORS AND/OR ASSIGNS, | |
| Defendant. | |

TO DEFENDANT RONALD PERLSTEIN/DANCO INC, A CALIFORNIA CORP, AND TO THE SUPERIOR COURT OF CALIFORNIA:

TONY MAURICE DAVIS, Debtor and Plaintiff, hereby removes the lawsuit entitled DANCO INC v. TONY MORRIS DAVIS, JR. Case No. 13R03219 (the "Action") formerly pending in the Superior Court of California in and for the County of Los Angeles, 1725 Main St., Santa Monica CA 90401 to the United States Bankruptcy court for the Central District of

---

**NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT
AND COMPLAINT FOR QUIET TITLE (28 USC § 1452) – page 1**

California, Los Angeles Division, pursuant to 28 USC § 1452(a) and FRBP 9027(a), and hereby gives notice of such removal to each of the following:

1. Former Court: Superior Court of California in and for the County of Los Angeles, 1725 Main St, Santa Monica CA 90401.
2. Counsel for Plaintiff: Wayne M Abb, 21601 Vanowen St, Ste 208, Canoga Park, CA 91303.

Removal of the Action is based upon the following facts:

1. On May 15, 2013, Plaintiff DANCO INC (hereinafter "DANCO") filed a civil action against Defendant and Debtor TONY MAURICE DAVIS entitled DANCO, INC v. TONY MORRIS DAVIS, JR., Case No. 13R03219 in the Superior Court of California in and for the County of Los Angeles.
2. In the Action, DANCO sues for unlawful detainer as more fully set forth in the copy of the Complaint attached hereto as Exhibit "1." The Action arises out of the claims of DANCO that it became the lawful owner of certain real property occupied by Debtor DAVIS after a foreclosure auction.
3. I believe fraudulent transfers have occurred over the last 48 months between DANCO and others conspiring to commit fraud. The U S Bankruptcy court could recover monies to make my creditors whole as these transfers yielded assets to DANCO while putting my financial standing in a negative status.
4. The Action is not a proceeding before the United States Tax Court.
5. The Action is not a civil action by a governmental unit to enforce its police or regulatory power.
6. The Action was formerly pending in the Superior Court of California in and for the County of Los Angeles.
7. On July 2, 2013, Debtor DAVIS filed a petition for relief in the United States Bankruptcy Court, Central District, under Chapter 7 of the United States Bankruptcy Code, which is currently pending.

8. The Action is therefore a core proceeding within the meaning of 28 USC §§ 157 and 1334. However, if the matter is deemed noncore, Debtor DAVIS consents to entry of a final order in the Action by a bankruptcy judge.

9. This Court has jurisdiction over the Action pursuant to 28 USC § 1334(b).

10. Removal of the Action to this Court is proper pursuant to 28 USC § 1452(a) and FRBP 9027.

11. Venue for the Action is proper in this Court under 28 USC § 1452(a), because this Court is the Bankruptcy Court located in the District where the non-bankruptcy court where the Action that was formerly pending was located.

12. Attached hereto as Exhibits "1" through "6" are true and correct copies of all pleadings filed in the Action prior to removal, as follows:

Exhibit "1": Summons and Complaint, L.A.S.C. Case No. 13R03219

Exhibit "2": Answer, L.A.S.C. Case No. 13R03219

Exhibit "3": Notice of Trial

Exhibit "4": Notice of Filing of Bankruptcy Petition

Exhibit "5": Notice of Trial Continuance

///

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of July, 2013.

DATED: July 2, 2013

_____
TONY MAURICE DAVIS

## VENUE AND JURISDICTION

1. Venue is proper in this county, district and courthouse because (a) the causes of action alleged herein concern real property that is located within the Central District of California and involves the performance of a contract related to that real property, (b) performance is of that Contract is to occur in the Central District of California.

2. Jurisdiction is proper under The 28 USC 1452(a) and 28 USC § 1334.

DATED: July 2, 2013

TONY MAURICE DAVIS

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

The undersigned declares as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows: 4700 Crenshaw Blvd., Los Angeles, California 90043.

On July 2, 2013, I served the foregoing document described as follows:

**NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)**

on the following persons:

WAYNE M ABB
21601 VANOWEN ST STE 208
CANOGA PARK CA 91303

[ ]    BY FACSIMILE. I transmitted the attached document via facsimile, after which the machine used to transmit the document produced a confirmation sheet indicating that the transmission successfully transmitted all pages of the document to the telephone number(s) listed next to the person(s) identified above and on the attached service list, if any.

[X]    As to each person I accomplished such service by placing a true and correct copy of the original in an envelope, sealing it and then addressing it to said person at the afore-mentioned address.

[X]    BY MAIL. I deposited such envelope(s) in the mail at Los Angeles, California with necessary postage pre-paid thereon. Pursuant to Code of Civil Procedure §1013(b), the copy of the notice or other paper served by mail bears a notation of the date and place of mailing and is accompanied by an unsigned copy of this proof of service.

[ ]    BY PERSONAL SERVICE. I delivered such envelope to the hands, home or office of the addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that it was executed on the above-noted date at Los Angeles, California.

_____
Declarant

# SUMMONS
## (CITACIÓN JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

RECEIVED
MAY 1 5 2013
SUPERIOR COURT
WEST DISTRICT SANTA MONICA
A. WILLIAMS

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TONY MORRIS DAVIS, JR.
DOES 1 TO 10, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DANCO, INC.

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales Para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte Para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos extentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo on una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

**CASE NUMBER:**
*(Número del caso):* 13R03219

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SANTA MONICA - - SANTA MONICA
   1725 MAIN STREET
   Santa Monica, CA 90401

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   WAYNE M. ABB, 21601 VANOWEN ST. SUITE 208, , CANOGA PARK, CA 91303       BAR #91625
   (818)760-8035

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: _____     Clerk, by _____, Deputy
*(Fecha)*                          *(Secretario)*                     *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**4. NOTICE TO THE PERSON SERVED:** You are served
a. ☐ as an individual defendant
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as an occupant
d. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ ~~CCP 416.90 (authorized person)~~
          ☐ CCP 415.46 (occupant)               ☐ other *(specify):*
5. ☐ by personal delivery on *(date):*

Page 1 of 2

Code of Civil Procedure, §§ 412.20, 415.456. 1167

| Form Adopted for Mandatory | **SUMMONS—UNLAWFUL DETAINER—EVICTION** | American LegalNet, Inc. | www.USCourtForms.com |
| Use Judicial Council of California |  |  |  |
| SUM-130 [Rev. July 1, 2009] |  |  |  |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| TONY MAURICE DAVIS<br>2719 W VERNON AVE<br>LOS ANGELES CA 90008<br><br>*Attorney for Plaintiff* IN PRO PER | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: TONY MAURICE DAVIS<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER<br><br>ADVERSARY NUMBER |
|---|---|
| TONY MAURICE DAVIS<br>       Plaintiff(s),<br><br>vs.<br><br>DANCO, INC<br>       Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|

☐ 255 East Temple Street, Los Angeles   ☐ 411 West Fourth Street, Santa Ana

☐ 21041 Burbank Boulevard, Woodland Hills   ☐ 1415 State Street, Santa Barbara

☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
    *Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)

**F 7004-1**

Summons and Notice of Status Conference - *Page 2*

F 7004-1

| In re  (SHORT TITLE) | CASE NO.: |
|---|---|
| TONY MAURICE DAVIS                            Debtor(s). | |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5600 WILSHIRE BLVD, 400
LOS ANGELES CA 90057

A true and correct copy of the foregoing document described as  SUMMONS AND NOTICE OF STATUS CONFERENCE  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 7/2/13 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

RONALD PERLSTEIN/DANCO INC
c/o WAYNE M ABB
21601 VANOWEN ST STE 208
CANOGA PARK CA 91303

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/2/13 | Carolyn Wylie | /s/ signature |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
February 2010 (COA-SA)

F 7004-1

TONY MAURICE DAVIS
2719 W VERNON AVE
LOS ANGELES CA 90008

Debtor-Defendant In Pro Per

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES, SANTA MONICA COURT – LIMITED CIVIL

| | |
|---|---|
| In Re<br><br>DANCO INC<br><br>     Plaintiff,<br><br>v.<br><br>TONY MAURICE DAVIS<br><br>     Defendant. | Case No. 13R03219<br><br>**NOTICE OF FILING NOTICE OF REMOVAL OF CASE TO U. S. BANKRUPTCY COURT; DECLARATION OF TONY MAURICE DAVIS**<br><br>**(28 USC § 1452)** |

TO THE COURT AND TO PLAINTIFF AND TO ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that TONY MAURICE DAVIS, defendant in the above-entitled action, has on this date filed his notice of removal, a copy of which is attached hereto, in the Office of the Clerk of the United States Bankruptcy Court for the Central District of California, Los Angeles Division. See attached Declaration of TONY MAURICE DAVIS.

---

**NOTICE OF FILING NOTICE OF REMOVAL OF CASE TO U. S. BANKRUPTC COURT
(28 USC § 1452) – page 1**

## DECLARATION OF TONY MAURICE DAVIS

I, TONY MAURICE DAVIS, declare as follows:

1. I am the defendant identified as TONY MAURICE DAVIS, in the above-captioned matter. I am over the age of 18 years and I am competent adult.

2. Attached hereto as Exhibit A is a true and correct copy of the Adversarial Proceeding Cover Sheet and Notice of Removal and Complaint for Declaratory Relief that was filed on July 2, 2013.

I declare under penalty of perjury that the foregoing is true and correct and that it was executed on July 2, 2013, Los Angeles, California.

_____

TONY MAURICE DAVIS