| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dana M. Douglas  (SBN 220053)<br>Attorney at Law<br>11024 Balboa Blvd., No. 431<br>Granada Hills, CA 91344<br>Telephone: 818-360-8295<br>Facsimile:  213-270-9456<br>*dana@danamdouglaslaw.com*<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for: Movant, Danco, Inc.* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>TONY MAURICE DAVIS,<br><br><br><br>Debtor(s) | MAIN CASE NO.: 2:13-bk-27175-RN<br><br>CHAPTER: 7<br><br>ADVERSARY CASE NO.: 2:13-ap-01660-RN<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):<br><br>ORDER ON OBJECTION OF RONALD PERLSTEIN AND DANCO, INC., TO REMOVAL OF STATE COURT UNLAWFUL DETAINER ACTION TO BANKRUPTCY COURT AND MOTION FOR REMAND |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER ON OBJECTION OF RONALD PERLSTEIN AND DANCO, INC., TO REMOVAL OF STATE COURT UNLAWFUL DETAINER ACTION TO BANKRUPTCY COURT AND MOTION FOR REMAND was lodged on (*date*) 9/3/2013 and is attached.  This order relates to the motion which is docket number 6.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

**EXHIBIT A – ORDER**

1 | Dana M. Douglas  (SBN 220053)
Wayne M. Abb  (SBN 91625)
2 | Dana M. Douglas
Attorney at Law
3 | 11024 Balboa Blvd., No. 431
Granada Hills, CA 91344
4 | Telephone: 818-360-8295
Facsimile:  213-270-9456
5 | *dana@danamdouglaslaw.com*

6 | Attorneys for Defendants/Movants
Ronald Perlstein & Danco, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:13-bk-27175-RN |
| TONY MAURICE DAVIS, | Chapter 7 |
| Debtor. | |
| | Adversary No. 2:13-ap-01660-RN |
| ------------------------------------------------ | |
| Tony Maurice Davis, | **ORDER ON OBJECTION OF RONALD PERLSTEIN AND DANCO, INC., TO REMOVAL OF STATE COURT UNLAWFUL DETAINER ACTION TO BANKRUPTCY COURT AND MOTION FOR REMAND** |
| Plaintiff, | |
| v. | |
| Ronald Perlstein; Danco, Inc.; | *No Hearing Required* |
| Defendants. | |

The Court, having considered the Objection of Ronald Perlstein ("Perlstein") and Danco, Inc. ("Danco"), to the removal of Danco's California State Court unlawful detainer action versus Tony Maurice Davis ("Debtor") to the Bankruptcy Court and Motion for Remand (the "Objection and Motion"), and finding that the Objection and Motion was proper and there being no objections to the Objection and Motion.

1   IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 1334(c)(2), the case is
2   remanded to the California State Court.
3
4
5
6                                             ###
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DANA M. DOUGLAS
Attorney at Law

**ORDER ON OBJECTION TO REMOVAL OF STATE UNLAWFUL DETAINER ACTION & MOTION FOR REMAND**

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled ORDER ON OBJECTION OF RONALD PERLSTEIN AND DANCO, INC., TO REMOVAL OF STATE COURT UNLAWFUL DETAINER ACTION TO BANKRUPTCY COURT AND MOTION FOR REMAND
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of 9/3/2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Dana M Douglas dmddouglas@hotmail.com
- Avi Schild bk@atlasacq.com
- Alfred H Siegel (TR) Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

| | |
|---|---|
| Tony Maurice Davis | Michael Anthony Figueroa |
| 2719 W. Vernon Ave. | 2719 W. Vernon Ave. |
| Los Angeles, CA  90008 | Los Angeles, CA  90008 |

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11024 Balboa Blvd., No. 431 – Granada Hills, CA 91344

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/3/2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Dana M Douglas dmddouglas@hotmail.com
- Avi Schild bk@atlasacq.com
- Alfred H Siegel (TR) Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:  On (*date*) 9/3/2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hon. Richard M. Neiter<br>US Bankruptcy Court<br>Central District of California<br>255 E. Temple St., Ste. 1652<br>Los Angeles, CA  90012 | Tony Maurice Davis<br>2719 W. Vernon Ave.<br>Los Angeles, CA  90008 | Michael Anthony Figueroa<br>2719 W. Vernon Ave.<br>Los Angeles, CA  90008 |

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ###, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/3/2013 | DM Douglas | */s/ DM Douglas* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**